IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RUSSELL STEWARD**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　Case No. 4:22-cv-01286 KGB

**REYNOLDS METALS COMPANY,** *et al.*　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court will hold a telephone hearing on defendants Reynolds Metals Company and Arconic, Inc.'s joint motion to dismiss at 10:00 a.m. on **Wednesday, October 18, 2023**. The Court will circulate call-in information by separate email to counsel.

It is so ordered this the 29th day of September, 2023.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kristine G. Baker*
　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge